IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Criminal No. 7:23-CR-00094-M-KS
Civil No. 7:25-CV-01599-M

Daryl Lee Cromartie,  )
                      )
    Petitioner,       )
                      )
v.                    )                    ORDER
                      )
United States of America,  )
                      )
    Respondent.       )

The court, having examined petitioner's motion pursuant to Rule 4(b) of the Rules

Governing § 2255 Proceedings, DIRECTS the United States Attorney to file an Answer pursuant

to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to

the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty**

**(40)** days of the filing of the mandate issued by the Fourth Circuit Court of Appeals upon its

resolution of the current Notice of Appeal (DE 62).

SO ORDERED this __2__ day of April, 2026.

_Richard E Myers II_
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE